UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TALAL ADEL KHALIL AL
ELLARY,

        Petitioner,

   v.                           Case No.:  2:26-cv-00650-SPC-DNF

PAMELA BONDI *et al.*,

        Respondents,

_____/

## OPINION AND ORDER

Before the Court are petitioner Talal Adel Khalil Al Ellary's Petition for Writ of Habeas Corpus (Doc. 4), the government's response (Doc. 7), and Al Ellary's reply (Doc. 8).  For the below reasons, the Court grants the petition.

Al Ellary is a native of Palestine who has lived in the United States for about 25 years.  He has no criminal history.  An immigration judge ordered Al Ellary removed on May 14, 2001.  Immigration and Customs Enforcement ("ICE") detained him for 582 days but was unable to remove him.  Multiple countries—including Israel, Romania, and Palestinian authorities—declined to accept him.  ICE has not identified any other country that might accept Al Ellary, nor has it provided any plan or timeline for removal.

On September 4, 2025, Al Ellary reported to ICE for a routine check-in, and ICE revoked his release and arrested him.  He is currently detained at Glades County Detention Center.  Al Ellary challenges the legality of his

detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).

"Once a noncitizen's order of removal becomes administratively final, the Government 'shall' remove the person within 90 days." *Singh v. U.S. Attorney Gen.*, 945 F.3d 1310, 1313 (11th Cir. 2019) (quoting 8 U.S.C. § 1231(a)(1)(A)). The government must detain the noncitizen during the 90-day removal period, which begins when the removal order becomes administratively final. *Id.* Detention may continue after the removal period, but not indefinitely.

In *Zadvydas*, the Supreme Court held, "if removal is not reasonably foreseeable, the court should hold continued detention unreasonable and no longer authorized by statute." 533 U.S. at 700-01 (2001). If removal is not practically attainable, detention no longer serves its statutory purpose of "assuring the alien's presence at the moment of removal." *Id.* at 699. The Court found it unlikely Congress "believed that all reasonably foreseeably removals could be accomplished in [90 days]." *Id* at 701. So, "for the sake of uniform administration in the federal courts," it established a "presumptively reasonable period of detention" of six months—the 90-day removal period plus an additional 90 days. *Id.* Courts use a burden-shifting framework to judge the constitutionality of additional post-removal detention:

> After this 6-month period, once the alien provides good reason to believe that there is no significant likelihood of removal in the reasonably

foreseeable future, the Government must respond with evidence sufficient to rebut the showing.

*Id.*

The Court acknowledges the six-month period for presumptively reasonable detention has expired, so *Zadvydas*'s burden-shifting framework applies. Al Ellary has carried his initial burden by showing a good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future. The burden thus shifts to the respondents, and they acknowledge they have no evidence suggesting removal is likely.

The Court finds no significant likelihood Al Ellary will be removed in the reasonably foreseeable future. He is entitled to release from detention under *Zadvydas*. If removal becomes likely in the reasonably foreseeable future, ICE can detain Al Ellary to "assur[e] [his] presence at the moment of removal." *Zadvydas*, 533 U.S. at 680.

Accordingly, it is hereby

**ORDERED:**

Talal Adel Khalil Al Ellary Petition for Writ of Habeas Corpus (Doc. 4) is **GRANTED**.

1. The respondents shall release Al Ellary within 24 hours of this Order, and they shall facilitate his transportation from the facility by notifying his counsel when and where he can be collected.

2. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on March 20, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record